UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEVSUN RESOURCES LTD., IAN W. PEARCE, IAN R. ASHBY, GEOFF CHATER, ANNE E. GIARDINI, PETER G. KUKLIELSKI, STEPHEN SCOTT, and DAVID S. SMITH,<br><br>　　　　　Defendants. | Case No. 1:18-cv-10420<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that plaintiff Tammy Raul ("Plaintiff") voluntarily dismisses this action without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 11, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　**LIFSHITZ & MILLER LLP**
　　　　　　　　　　　　　　　　　　　　821 Franklin Avenue, Suite 209
　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780
　　　　　　　　　　　　　　　　　　　　Facsimile: (516) 280-7376

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*